IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 23-06673 |
| | ) | |
| Aldijana Miljkovic, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Donald R. Cassling |
| | ) | |

**TRUSTEE'S REPORT OF SALE**

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale conducted on September 20, 2023, following the Trustee's Motion to Approve Sale of Debtor's Real Estate Free and Clear of Liens and Encumbrances and Shorten Notice [Dkt. No. 29], which was granted by Court Order dated September 5, 2023 [Dkt. No. 35] (the "Sale Order"):

| | |
|---|---|
| Real Estate: | 2633 N Waterman Ave., Arlington Heights, IL 60004 |
| Sold To: | Craig Tracy Schneider and Greg Sharon |
| Price: | $1,069,000.00 |

| | |
|---|---:|
| Payment to Secured Creditor (United Wholesale Mortgage – First Mortgage): | $829,234.14 |
| Brokers' Fees: | $53,945.00 |
| Seller Credit (Radon Mitigation): | $2,000.00 |
| Closing Costs/Disbursements:[1] | $31,314.67 |
| | |
| **Sale Proceeds to Trustee:** | **$152,506.19** |
| To be disbursed pursuant to Sale Order: | |
| Statutory Exemption to Debtor | $15,000.00 |
| 40% to Almir Prelic (co-owner) | $55,002.48 |
| | |
| **Net Proceeds to Trustee** | **$82,503.71** |

Dated this 29th day of September, 2023.

Reed Heiligman (No. 6294312)      By: ___/s/ *Aja Carr Favors*___
HILTZ ZANZIG & HEILIGMAN LLC           Aja Carr Favors, Chapter 7 Trustee
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
reed@hzhlaw.com

---

[1] See Exhibit A attached hereto.

**EXHIBIT A**

| American Land Title Association | ALTA Settlement Statement - Combined Adopted 05-01-2015 |
|---|---|

| File No./Escrow No.: 41077532G<br>Print Date & Time: 09/20/23 3:21 PM<br>Officer/Escrow Officer: Anna Schmidt<br>Settlement Location:<br>Greater Illinois Title Company<br>2101 South Arlington Heights Road<br>Arlington Heights, IL 60005 | Greater Illinois Title Company<br>ALTA Universal ID: 0004592<br>120 North LaSalle Street, Suite 900<br>Chicago, IL 60602 |  |

| | |
|---|---|
| Property Address: | 2633 North Waterman Avenue Arlington Heights, IL 60004<br>2633 North Waterman Avenue<br>Arlington Heights, IL 60004 |
| Borrower: | Tracy Schneider and Greg Sharon<br>51 Essex Road<br>Elk Grove Village, IL 60007 |
| Seller: | Aldijana Miljkovic and Almir Prelic<br>2633 North Waterman Avenue<br>Arlington Heights, IL 60004 |
| Lender: | Guaranteed Rate Affinity LLC, 1800 West Larchmont Avenue, Chicago, IL, 60613 |
| Loan Number: | 2399595605 |
| Settlement Date: | 09/20/2023 |
| Disbursement Date: | 09/20/2023 |
| Additional dates per state requirements: | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $1,069,000.00 | Sale Price of Property | $1,069,000.00 | |
| | | Loan Amount | | $669,000.00 |
| | | Deposit | | $10,000.00 |
| $2,000.00 | | Seller Credit | | $2,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $9,284.27 | | County Taxes from 07/01/2022 thru 12/31/2022 | | $9,284.27 |
| $15,035.90 | | County Taxes from 01/01/2023 thru 09/20/2023 | | $15,035.90 |
| | | | | |
| | | **Loan Charges to Guaranteed Rate Affinity LLC** | | |
| | | 0.5% of Loan Amount (Points) | $3,345.00 | |
| | | Lender Fees | $1,290.00 | |
| | | Prepaid Interest $119.14 per day from 09/20/2023 to 10/01/2023 | $1,310.54 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Appraisal Fee<br>  to Elite Appraisal Center* | -$100.00 | |
| | | Appraisal Fee<br>$585.00 Borrower-Paid Before Closing | | |

Copyright 2015 American Land Title Association.  
All rights reserved.

Page 1 of 4

File # 41077532G  
Printed on: 09/20/23 3:21 PM

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Credit Report to Factual Data | $20.00 | |
| | | Tax Service Fee to Corelogic* | $68.00 | |
| | | Undisclosed Debt Report to Factual Data by CBC* | $60.00 | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - 24 Month Chain of Title to Greater Illinois Title Company | $250.00 | |
| | | Title - ALTA 9.06 Endorsement to Greater Illinois Title Company | $195.00 | |
| | | Title - Agency Escrow Fee to Greater Illinois Title Company | $2,669.00 | |
| $50.00 | | Title - CPL's to Stewart Title | $50.00 | |
| $260.00 | | Title - Commitment Update Fee to Greater Illinois Title Company | | |
| $50.00 | | Title - Delivery Fee to Greater Illinois Title Company | $50.00 | |
| | | Title - EPA Endorsement to Greater Illinois Title Company | $195.00 | |
| | | Title - Email Package Fee to Greater Illinois Title Company | $60.00 | |
| | | Title - Policy Update Fee to Greater Illinois Title Company | $195.00 | |
| | | Title - Record Service Fee to Greater Illinois Title Company | $25.00 | |
| | | Title - SB1167 Certification to Greater Illinois Title Company | $150.00 | |
| $260.00 | | Title - Search Package Fee to Greater Illinois Title Company | | |
| $3.00 | | Title - State of Illinois Policy Fee to Stewart Title | $3.00 | |
| $55.00 | | Title - Wire Transfer Fee to Greater Illinois Title Company | $55.00 | |
| | | Title - Lender's Title Insurance($585.00) to Greater Illinois Title Company | $585.00 | |
| $3,713.00 | | Title - Owner's Title Insurance($3,713.00) to Greater Illinois Title Company | | |
| | | **Commission** | | |
| $27,715.00 | | Real Estate Commission - Listing to @ Properties Christie's International Real Estate | | |
| | | $10000.00 Earnest Money Held by @ Properties Christie's International Real Estate | | |
| $26,230.00 | | Real Estate Commission - Selling to N.W. Village Realty | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fee (Deed) to Greater Illinois Title Company | $107.00 | |
| $1,603.50 | | Transfer Tax to Greater Illinois Title Company | | |
| | | Recording Fee (Mortgage) to Greater Illinois Title Company | $107.00 | |
| | | **Payoff(s)** | | |
| $829,234.14 | | Lender: Payoff of First Mortgage Loan to United Wholesale Mortgage | | |
| | | Total ($829,234.14) | | |
| | | **Miscellaneous** | | |
| | | Buyer's Attorney Fee to Thrun, Tallman and Cohn, Ltd. | $700.00 | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Homeowner's Insurance Premium to The Cincinnati Insurance Company | $5,072.00 | |
| | | Survey Fee to Schlaf-Sedig and Associates, Inc. Land Surveyors | $535.00 | |
| $1,000.00 | | Seller's Attorney Fee to Law Offices of David P. Leibowitz LLC | | |
| $152,506.19 | | Net Proceeds to Aja Carr Favors, not individually but as Chapter 7 Trustee of the bankruptcy estate of Aldijana Miljkovic | | |
| **Seller Debit** | **Seller Credit** | | **Borrower/Buyer Debit** | **Borrower/Buyer Credit** |
| $1,069,000.00 | $1,069,000.00 | Subtotals | $1,085,996.54 | $705,320.17 |
| | | Due From Borrower | | $380,676.37 |
| | | Due From Seller | | |
| $1,069,000.00 | $1,069,000.00 | Totals | $1,085,996.54 | $1,085,996.54 |

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize <u>Greater Illinois Title Company</u> to cause the funds to be disbursed in accordance with this statement.

_____  9/20/23        _____ 9/20/23
Tracy Schneider            Date            Aldijana Miljkovic          Date

_____  9-20-2023      _____ 9/20/23
Greg Sharon                Date            Almir Prelic                Date

_____  9/20/23
Anna Schmidt               Date

Copyright 2015 American Land Title Association.
All rights reserved.

Page 4 of 4

File # 41077532G
Printed on: 09/20/23 3:21 PM